### Commonwealth, Appellant, *v.* Gilpatric.

Argued September 21, 1970. *George T. Brubaker,* Assistant District Attorney, with him *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellant; *William W. Stainton,* for appellee.

Order affirmed.

WRIGHT, P. J., and WATKINS, J., dissent.

### Commonwealth *v.* McDonough, Appellant.

Submitted September 15, 1970. *Charles F. Mayer,* for appellant; *Vram Nedurian, Jr.* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.